JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RICHARD GONZALEZ, | Case No. CV 11-1851-JVS (SP) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| M.D. McDONALD, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition and this action are dismissed without prejudice.

Dated: September 8, 2011

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE